UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON CARR,<br><br>        Plaintiff,<br><br>   v.<br><br>J. NEVELLE, et al.,<br><br>        Defendants. | Case No. 24-cv-01858-VC<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against correctional officers at Correctional Training Facility. The Court ordered service on defendants. Dkt. No. 14. The parties have filed a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 28. Accordingly, the action is dismissed with prejudice. The Clerk shall terminate any pending motions, enter judgment against plaintiff and in favor of defendants, and close the case.

    **IT IS SO ORDERED.**

Dated: November 12, 2024

_____
VINCE CHHABRIA
United States District Judge